Cite as 2015 Ark. 458



# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| | **Opinion Delivered** December 3, 2015 |
| IN RE ARKANSAS SUPREME COURT CHILD SUPPORT COMMITTEE | |

**PER CURIAM**

Representative Charlene Fite; Allison Allred, Attorney at Law; Traci LaCerra, Attorney at Law; and Judge David Clark are appointed to the Arkansas Supreme Court Child Support Committee for four-year terms to expire on November 30, 2019. We thank all of them for their willingness to serve on this important committee.

The court expresses its gratitude to outgoing members, Judson Kidd, Attorney at Law, Judge John Scott, and former State Senator Steve Harrelson, Attorney at Law, for their years of valuable service to this committee.